is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U. S. 1 (1992) (per curiam). JUSTICE KAGAN took no part in the consideration or decision of this motion and this petition. ▮

No. D–2663.  IN RE DISBARMENT OF VILOSKI.  Disbarment entered.  [For earlier order herein, see ante, p. 959.]

No. 11M112.  LOMAX v. WAL-MART STORES EAST ET AL.  Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 11M113.  SHANKS v. DONAHOE, POSTMASTER GENERAL, ET AL.  Motion for leave to proceed as a veteran denied.

No. 11–8478.  IN RE FLYNN.  Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis [ante, p. 904] denied.

No. 11–9080.  ZACK v. UNITED STATES.  C. A. 6th Cir.  Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis [ante, p. 936] denied.

No. 11–9665.  HOJATIZADEH v. BANK OF AMERICA ET AL.  C. A. 8th Cir.;
No. 11–10150.  IN RE PRICE; and
No. 11–10199.  FARMER v. UNITED STATES.  C. A. 8th Cir.  Motions of petitioners for leave to proceed in forma pauperis denied.  Petitioners are allowed until June 25, 2012, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 11–10152.  IN RE LAWRENCE.  Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of habeas corpus dismissed.  See this Court's Rule 39.8.

No. 11–9644.  IN RE SNYDER.  Petition for writ of mandamus and/or prohibition denied.

No. 11–770.  BAILEY v. UNITED STATES.  C. A. 2d Cir.  Certiorari granted. ▮